MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CASEY O'NEILL (NYBN 4715363)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5080
Fax:  (408) 535-5066
E-Mail: Casey.O'Neill@usdoj.gov

Attorneys for the United States of America

Filed
OCT   9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 13-00547 LHK |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL |
| GREGORIO BAUTISTA-MUNOZ, | ) |
| Defendant. | ) |

With leave of Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the Indictment returned in the above-captioned case with respect to Gregorio Bautista-Munoz.

DATE: October 4, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
CASEY O'NEILL
Special Assistant United States Attorney

NOTICE OF DISMISSAL
CR 13-00547 LHK

The government is granted leave of Court to dismiss without prejudice the Indictment returned in the above-captioned case with respect to Gregorio Bautista-Munoz.

DATE: 10/8/13

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Court Judge

NOTICE OF DISMISSAL
CR 13-00547 LHK